2014-1562

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**CARDPOOL, INC.,**

*Plaintiff-Appellant*,

v.

**PLASTIC JUNGLE, INC., NKA CARDFLO, INC.,**

*Defendants-Appellee*.

Appeal from the United States District Court for the Northern District of California in Case No. 1:12-cv-04182-WHA, Judge William H. Alsup

## DEFENDANT-APPELLEE'S NOTICE OF UNAVAILABILITY FOR ORAL ARGUMENT

| | |
|---|---|
| Elizabeth Day | Thomas R. Burns, Jr. |
| Marc Belloli | ADDUCI, MASTRIANI & |
| Nickolas Bohl |    SCHAUMBERG, L.L.P. |
| Jeremiah A. Armstrong | 1133 Connecticut Avenue, N.W., |
| FEINBERG DAY ALBERTI |    12th Floor |
|    & THOMPSON LLP | Washington, DC 20036 |
| 1600 El Camino Real, Suite 280 | Tel:   202.467.6300 |
| Menlo Park, California 94025 | Fax:  202.466.2006 |
| Tel:   650.618.4360 | |
| Fax:  650.618.4368 | |

*Attorneys for Defendant-Appellee Plastic Jungle, Inc., NKA Cardflo, Inc.*

Pursuant to the Practice Notes following Federal Circuit Rule 34, Defendant-Appellee Plastic Jungle, Inc., NKA Cardflo, Inc. hereby notify the Clerk of a conflict in scheduling oral argument in the above captioned appeal.  Counsel for Defendant-Appellee has a trial scheduled from March 16, 2015 through April 3, 2015 before Judge Robinson in The United States District Court for the District of Delaware  (*Intellectual Ventures I LLC et al v. Motorola Mobility LLC*, Case No. 1:11-cv-00908-SLR-MPT).  The pretrial conference is being held February 26, 2015, and counsel will be preparing for trial between then and the start of the trial in March.  As a result of this trial, counsel for Defendant-Appellee is not available for oral argument in March or April.

Dated:  January 6, 2015                              Respectfully submitted,

/s/ *Thomas R. Burns, Jr.*
Thomas R. Burns, Jr.
burns@adduci.com
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1133 Connecticut Avenue, N.W., 12th Floor
Washington, DC 20036
Tel:  202.467.6300
Fax:  202.466.2006

Elizabeth Day
eday@feinday.com
Marc Belloli
mbelloli@feinday.com
Nickolas Bohl
nbohl@feinday.com
Jeremiah A. Armstrong
jarmstrong@feinday.com
FEINBERG DAY ALBERTI & THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel:  650.618.4360
Fax:  650.618.4368

*Attorneys for Defendant-Appellee*
*Plastic Jungle, Inc., NKA CardFlo, Inc*

FEIN700015-3

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DEFENDANT-APPELLEE'S NOTICE OF UNAVAILABILITY FOR ORAL ARGUMENT** was served to the parties, in the manner indicated below, this 6th day of January 2015:

**COUNSEL FOR PLAINTIFF CARDPOOL, INC.**

| | |
|---|---|
| John Paul Moy | ☒ **CM/ECF DELIVERY** |
| Edward Alan Pennington | |
| Sean T.C. Phelan | ☐ **VIA FIRST CLASS MAIL** |
| SMITH, GAMBRELL & RUSSELL LLP | |
| Suite 400 | |
| 1055 Thomas Jefferson St., NW | |
| Washington, DC 20007 | |
| | |
| James S. McDonald | ☒ **CM/ECF DELIVERY** |
| BLACKHAWK NETWOR | |
| 6220 Stoneridge Mall Road | ☐ **VIA FIRST CLASS MAIL** |
| Pleasanton, CA 94588 | |

*/s/ Thomas R. Burns, Jr.*
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.

FEIN100015-3